UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

      Plaintiff,                            Case No. 1:19–cv–226

    v.

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Keeley Danielle Blanchard

RE:  Reply to Response to Motion (ECF No. 20)

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  <u>Local Civil Rule 5.7(d)(vii)</u> requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                            CLERK OF COURT

Dated:  April 10, 2019        By:   <u>/s/ E. Siskind</u>
                                                    Deputy Clerk