**Index of Exhibits**

| Exhibit | Description |
|---|---|
| 1. | Resolution Officer Decision |
| 2. | Redacted Final Investigative Report (FIR) Provided to ALJ Eyster |
| 3. | 5/8/19 email |
| 4. | 5/10/19 Recusal Ruling |
| 5. | 6/11/19 email |
| 6. | Appeal Denial |