UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**JOHN DOE**,

    Plaintiff,                                            Case No.    1:19-cv-226

                                                          Hon. Paul L. Maloney

vs.

**MICHIGAN STATE UNIVERSITY;**
**ROBERT KENT,** in his individual and official capacity,
**RICK SCHAFER,** in his individual and official capacity,
**ARON SOUSA, M.D.,** in his individual and official capacity,
jointly and severally,

    Defendants.
_____/

**STIPULATED ORDER REGARDING EXTENSION TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

    **NOW COME** the parties by and through their respective counsel and hereby stipulate:

1. Defendants' attorney has filed a Motion to Dismiss Plaintiff's First Amended Complaint.

2. Attorney for Plaintiff is traveling extensively over the next month related to her contracted services training public defenders for the Michigan Indigent

    Defense Commission and in her duties as a faculty member for the Trial Lawyers College, including:

       a. August 28-30 – Traveling to Berrien County to facilitate Michigan Indigent Defense Commission training program;
       b. September 3-6 – Traveling to Sanilac County to facilitate Michigan Indigent Defense Commission training program;
       c. September 7-9 – Traveling to Iron Mountain to facilitate Michigan Indigent Defense Commission training program;
       d. September 10-13 – Traveling to Manistee County to facilitate Michigan Indigent Defense Commission training program;
       e. September 19-27 – Traveling to Dubois, Wyoming to participate as faculty at the Trial Lawyers College.

3. Due to this extensive travel schedule, attorney for Plaintiff has requested an extension of the due date for Plaintiff's response to the Motion to Dismiss to October 3, 2019. Defendants' counsel has consented to the requested extension.

4. Plaintiff's response to the Defendants' Motion to Dismiss will be due on October 3, 2019.

Dated: August 28, 2019

/s/ Keeley D. Blanchard
_____
Keeley D, Blanchard (P68661)
**BLANCHARD LAW**
Attorney for Plaintiff
309 S. Lafayette St., Ste 208
Greenville, MI 48838
(616) 773-2945
keeley@blanchard.law

Dated: August 28, 2019

/s/ Scott R. Eldridge, with permission
_____

Scott R. Eldridge (P66452)
**Miller Canfield Paddock & Stone, PLC**
Attorney for Defendants
One Michigan Ave., Ste. 900
Lansing, MI 48933
(517) 487-2070
eldridge@millercanfield.com

**IT IS SO ORDERED.**

Dated: _____

Hon. Paul L. Maloney
U.S. District Court Judge