UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br>-v-<br>MICHIGAN STATE UNIVERSITY, et al.,<br>    Defendants. | No. 1:19-cv-226<br><br>Honorable Paul L. Maloney |

# JUDGMENT

In accordance with the order entered on this date (ECF No. 47), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 10, 2019             /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge