## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  January 14, 2020

Keeley Danielle Blanchard
Law Office
P.O. Box 938
Greenville, MI 48838

Mr. Scott Robert Eldridge
Miller Canfield
1 Michigan Avenue
Suite 900
Lansing, MI 48933

Ashley N. Higginson
Miller Canfield
1 Michigan Avenue
Suite 900
Lansing, MI 48933

Mr. Kamil Robakiewicz
Miller Canfield
1 Michigan Avenue
Suite 900
Lansing, MI 48933

Mr. Brian M. Schwartz
Miller Canfield
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Re:  Case No. 20-1043, *John Doe v. Michigan State University, et al*
Originating Case No. : 1:19-cv-00226

Dear Counsel,

This appeal has been docketed as case number **20-1043** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 28, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 20-1043**

JOHN DOE

      Plaintiff - Appellant

v.

MICHIGAN STATE UNIVERSITY; ROBERT KENT; RICK SCHAFER; ARON SOUSA, M.D., in their individual and official capacities, jointly and severally

      Defendants - Appellees.